UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Phara VIRGILE,

Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No.: 26-cv-5273-AGS-VET

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Phara Virgile seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging her immigration detention. She asks that the Court order her "immediate release" from detention (ECF 1, at 4), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: September 21, 2026

Hon. Andrew G. Schopler
United States District Judge